1  LAWRENCE G. BROWN
   United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2780



FILED

AUG 20 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     2:09-SW--264   DAD
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
[SEALED]                            )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered sealed until further order of this Court.

DATED: August 20, 2009

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1